EXHIBIT U

# COURT PSYCHIATRIC CLINIC
## COUNTY OF CUYAHOGA • COURT OF COMMON PLEAS

PHILLIP J. RESNICK, M.D.
Director

GEORGE W. SCHMEDLEN, Ph.D., J.D.
Associate Director

JUSTICE CENTER
COURTS TOWER -- SIXTH FLOOR
1200 ONTARIO STREET, CLEVELAND, OHIO 44113
(216) 443-7330 • (216) 443-7332 (FAX)

MICHAEL H. ARONOFF, Psy.D.
Chief of Psychology

MICHAEL CASO, L.I.S.W.
Chief Social Worker

## INFORMED PARTICIPATION AND EXPLANATION OF RIGHTS

A Judge or a probation officer has sent you here for an evaluation. The Court Psychiatric Clinic only does evaluations and will not be giving you any mental health treatment. The Judge or the probation officer wants an evaluation to help make some decisions about your situation. This evaluation is *not* private or confidential. What you say here is *not* going to be kept secret. A report will be sent to the Judge or probation officer who sent you here. Other people who are working on your case may be able to see this report. The report may be discussed in open court. The report will be the property of the Court.

Sometimes students (such as law students, medical students, or social work students) may be involved in your evaluation as part of their training. The Court Psychiatric Clinic will *not* send a copy of your report to anyone who is not working on your case unless you tell us in writing to send the report to that person and the Court gives us permission to send it.

The person you are meeting with today is a mental health professional who will evaluate you for court purposes. This person is not going to provide treatment for you and will not have a doctor/patient or therapist/client relationship with you.

According to State of Ohio Department of Mental Health and Addiction Services Administrative Rule 5122:2-1-02, each client receiving a court-ordered evaluation from a Certified Forensic Center has the following rights:

1. The right to be treated with consideration and respect for personal dignity.
2. The right to be evaluated in a place that is as private as possible.
3. The right to be told if you are being photographed or recorded or watched through a one-way mirror. You have the right to say no to being photographed, recorded, or watched through a mirror *unless* the court has ordered you to be photographed or recorded.
4. The right to be interviewed in the least restrictive and most comfortable setting that we can offer.
5. The right to be told why you are being evaluated and what will happen during the evaluation.
6. The right to allow the evaluation to be done, the right to refuse to allow the evaluation, and the right to be told what will probably happen if you refuse.
7. The right to stop the evaluation at any time.
8. The right to call an attorney to discuss concerns about your current situation.

9. The right not to have unnecessary restraints or seclusion (the Sheriff's Department decides what restraints are necessary).

10. The right not to be discriminated against in the provision of service on the basis of religion, race, color, creed, sex, national origin, age, lifestyle, physical or mental handicap, developmental disability, or inability to pay.

11. The right to be told fully what your rights are.

12. The right to use your rights without getting punished for using your rights.

13. The right to file a complaint (grievance).

14. The right to get oral and written instructions on how to file a complaint (grievance).

15. The right to have complaints (grievances) taken seriously and to know that complaints (grievances) will not affect your court case or delay it.

To file a complaint concerning any of these rights, please contact:

> Michael Caso, L.I.S.W. - S, Clients Rights Officer
> Court Psychiatric Clinic, Justice Center-Courts Tower
> 6th Floor, 1200 Ontario St., Cleveland, Ohio 44113
> Telephone: (216) 443-7330 -- Monday-Friday, 8:30 a.m.- 4:30 p.m.

Your signature below indicates that you understand your rights in this process.

_____
Please sign here

_____
Date